UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Girotto,

           Plaintiff,

–v–

HIMI NY Corporation, *et al.*,

           Defendants.

19-cv-10539 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    Plaintiff has been granted multiple extensions of time to file for default judgment. Dkt. Nos. 32, 34, 36, 38, 40, 42. If Plaintiff intends to file for default judgment, Plaintiff shall do so by October 15, 2021. Failure to follow the Court's orders could result in dismissal of Plaintiff's case for failure to prosecute.

    SO ORDERED.

Dated: September 7, 2021
       New York, New York

                                      ALISON J. NATHAN
                                      United States District Judge