USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 08/11/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUIGI GIROTTO,

              Plaintiff,

    v.

HIMI NY CORPORATION, D/B/A HAKATA TONTON, 61 GROVE ST. OWNER LLC,

              Defendants.

No. 19-CV-10539 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      On April 27, 2022, the Court issued an order advising Plaintiff that he had until May 27, 2022 to file a motion for default judgment, and warning him that failure to do so could result in the dismissal of this action for failure to prosecute. On June 1, 2022, the Court granted a 60-day extension of that deadline but warned that no further extensions would be granted absent good cause. To date, Plaintiff has not moved for default judgment; nor have any Defendants appeared in this matter. By August 18, 2022, Plaintiff shall explain why good cause exists not to dismiss this case for failure to prosecute. If he fails to do so, this case will be dismissed.

SO ORDERED.

Dated:    August 11, 2022
            New York, New York

                                          Ronnie Abrams
                                          United States District Judge